IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

OSCAR HERNANDEZ, JR., : Civil No. 1:20-cv-1049
:
Petitioner :
: (Judge Mariani)
v. :
:
ROBERT MARSH, :
:
Respondent :

FILED
SCRANTON

FEB 0 8 2022

Per_____
DEPUTY CLERK

### ORDER

**AND NOW**, this 7th day of February, 2022, upon consideration of Petitioner's motion (Doc. 14) for reconsideration, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 14) for reconsideration is **GRANTED**.

2. The Order (Doc. 13) dismissing the habeas petition as moot is **VACATED**.

3. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

Robert D. Mariani
United States District Judge